## FIRST NATIONAL BANK OF WELLSTON v. McCAMEY.

No. 7404.  Opinion Filed November 9, 1915.

(152 Pac. 1084.)

*Error from County Court, Lincoln County;*
*H. M. Jarrett, Judge.*

Action by Mrs. Nancy R. McCamey against the First National Bank of Wellston, a corporation. Judgment for plaintiff, and defendant brings error.

*Ira E. Billingslea*, for plaintiff in error.

*Erwin & Erwin*, for defendant in error.

PER CURIAM. This case involves the same state of facts as the case of *First National Bank of Wellston v. W. E. Shafer, ante,* and, for the reasons stated in that opinion, this appeal is dismissed.

It is so ordered.